CT Corporation

**Service of Process Transmittal**
02/15/2019
CT Log Number 534934704

TO: Michael Johnson, Legal Assistant
The Hartford
1 Hartford Plz, HO-1-09
Hartford, CT 06155-0001

RE: **Process Served in Louisiana**

FOR: Hartford Fire Insurance Company  (Domestic State: CT)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | ROKESHIA GUILLORY, Pltf. vs. COURTNEY HAWKINS, et al., Dfts. // To: Hartford Fire Insurance Company |
| **DOCUMENT(S) SERVED:** | LETTER, CITATION, PETITION, REQUEST, ATTACHEMNT(S) |
| **COURT/AGENCY:** | CALCASIEU; 14TH JUDICIAL DISTRICT COURT, LA<br>Case # 2019000160 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 02/15/2019 postmarked on 02/14/2019 |
| **JURISDICTION SERVED :** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | Within 15 days after the service hereof (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | Timothy O'Dowd<br>ODOWD LAW FIRM<br>924 Hodges St.<br>Lake Charles, LA 70601<br>337-310-2304 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/15/2019, Expected Purge Date: 02/20/2019<br><br>Image SOP<br><br>Email Notification, Michael Johnson  MICHAEL.JOHNSON@THEHARTFORD.COM<br><br>Email Notification, Fiona Rosenberg  Fiona.Rosenberg@thehartford.com |
| **SIGNED:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>3867 Plaza Tower Dr.<br>Baton Rouge, LA 70816-4378<br>954-473-5503 |

Page 1 of  1 / AS

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**EXHIBIT**

**A**

**R. KYLE ARDOIN**
**SECRETARY OF STATE**
**P.O. BOX 94125**
**BATON ROUGE, LA 70804-9125**









HARTFORD FIRE INSURANCE COMPANY
C/O CT CORPORATION SYSTEM
3867 PLAZA TOWER DR
BATON ROUGE, LA 70816

Suit No.: 181772

## State of Louisiana
## Secretary of State

02/14/2019

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

HARTFORD FIRE INSURANCE COMPANY
C/O CT CORPORATION SYSTEM
3867 PLAZA TOWER DR
BATON ROUGE, LA  70816

Suit No.: 20190160
14TH JUDICIAL DISTRICT COURT
CALCASIEU PARISH

ROKESHIA GUILLORY
vs
COURTNEY HAWKINS, ET AL

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

R. KYLE ARDOIN
Secretary of State

Served on:  R. KYLE ARDOIN
Served by:  E CUMMINS

Date: 02/13/2019
Title:  DEPUTY SHERIFF

No: 1107659



KS

ROKESHIA GUILLORY

VS.    2019-000160    .

COURTNEY HAWKINS

Citation



14th Judicial District Court

State of Louisiana

Parish of Calcasieu

THE STATE OF LOUISIANA

TO: HARTFORD   FIRE   INSURANCE
COMPANY
THROUGH THE SECRETARY OF
THE STATE OF LOUISIANA
8585 ARCHIVES AVENUE
Baton Rouge, LA 70809

**SERVED ON
R. KYLE ARDOIN**

**FEB 13 2019**

SECRETARY OF STATE
COMMERCIAL DIVISION

Parish of East Baton Rouge, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of ROKESHIA GUILLORY,    (PETITION FOR DAMAGES...)    against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 10th day of January 2019.

Issued and delivered January 23, 2019

_Byron Wilkinson_

Byron Wilkinson
Deputy Clerk of Court

--------------------------------------------------------------------------------

**SERVICE INFORMATION**

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

**PERSONAL SERVICE** on the party herein named _____

**DOMICILIARY SERVICE** on the party herein named by leaving the same at his domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:

PARISH OF _____ this _____ day of _____ 20___

SERVICE      $_____        BY:   _____
Deputy Sheriff

MILEAGE      $_____

TOTAL $_____

Party No.    P001

[ Service Copy ]
CNIS0085

ROKESHIA GUILLORY

VS. NO. *2019 - 0060 E*

COURTNEY HAWKINS, EZ WORLDWIDE
EXPRESS, UNITED BUSINESS FREIGHT
FORWARDERS, LLC, HARTFORD FIRE
INSURANCE COMPANY and LOUISIANA
DEPARTMENT OF TRANSPORTATION
AND DEVELOPMENT

FILED: _____ **JAN 1 0 2019** _____

14TH JUDICIAL DISTRICT COURT

PARISH OF CALCASIEU

STATE OF LOUISIANA

DY CLERK: *Annette Bосе*

---

## PETITION FOR DAMAGES
## and REQUEST FOR TRIAL BY JURY

NOW COMES, **ROKESHIA GUILLORY (***R. GUILLORY***)**, who, through undersigned

counsel respectfully represents:

1.

Named as defendants herein are:

**COURTNEY HAWKINS (***C. HAWKINS***)**, of age and domiciled at 7315 Surina Dr.,
Arlington, Tennessee, 38002, County of Shelby, State of Tennessee;

**EZ WORLDWIDE SERVICES, INC. (***EZ WORLDWIDE***)**, a foreign corporation
domiciled at 669 Division Street, Elizabeth, New Jersey, 07201 with its agent for service
of process being Chunman Sing, 5940 Oak Ave., Temple City, CA 91780, County of Los
Angeles, State of California;

**UNITED BUSINESS FREIGHT FORWARDERS, LLC (***UNITED***)**, a foreign limited
liability company domiciled at 669 Division Street, Elizabeth, New Jersey, 07201 with its
agent for service of process being Registered Agents, Inc., 560 Haight St. #104, County
of San Francisco, State of California;

**HARTFORD FIRE INSURANCE COMPANY (***HARTFORD***)**, a foreign insurance
company authorized to do and doing business in the State of Louisiana, having appointed
as agent for service of process, Louisiana Secretary of State, 8585 Archives Ave., Baton
Rouge, Louisiana, 70809, Parish of East Baton Rouge.

**LOUISIANA DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT
(DOTD)**, a political subdivision created under and by virtue of the laws of the State of
Louisiana, and domiciled in the City of Baton Rouge, Parish of East Baton Rouge, State
of Louisiana, with its agent for service of process being Jeff Landry, Attorney General,
State of Louisiana, 1885 North Third Street, Baton Rouge, Louisiana, 70802, Parish of
East Baton Rouge.

2.

On or about the 1st day of February 2018, RONNIE KESHAUN GUILLORY (*Decedent*),

a pedestrian, was involved in an accident with a 2016 Freightliner Cascadia owned by

Defendant, UNITED, and being driven by Defendant, C. HAWKINS, on I-10 near Milepost

31.9, located in Calcasieu Parish, Louisiana, 70601 (*the crash*). Decedent was severely and

permanently injured when Defendant, C. HAWKINS, struck him with the vehicle causing the impact.  Decedent expired due to injuries sustained in the crash.

3.

At the time of the accident, C. HAWKINS was acting within the course and scope of his employment with EZ WORLDWIDE.

4.

On information and belief, Decedent survived the crash.

5.

As a result of the crash, Decedent experienced excruciating pain, suffering, and fear of death.

6.

As a result of the crash, R. GUILLORY has been, is being and will continue to suffer damages as follows:

a.  Medical expenses past, present and future

b.  Lost wages past, present and future

c.  Loss of support, affection, and care

d.  Grief, past, present and future

e.  Mental anguish past, present and future

f.  Loss of enjoyment of life, past, present and future

7.

A proximate cause of the injuries to Plaintiff was the negligence of Defendant, C. HAWKINS, which negligence is particularized in the following non-exclusive respects:

a.  Failure to drive in a careful and prudent manner, so as not to endanger the life, limb, or property of any person;

b.  Failure to see what he should have seen;

c.  Failure to yield to a pedestrian;

d.  Failure to maintain control of his vehicle;

e.  Failure to follow regulations for commercial freight drivers;

f.  Failure to take adequate safety measures in light of the circumstances;

g.  Failure, generally, to maintain the requisite standard of care in the above described situation.

8.

On information and belief, at the time of the accident, there was in full force and effect, a policy of general liability insurance issued by the defendant, HARTFORD, to and in favor of defendant, C. HAWKINS and/or the vehicle he was driving.

9.

HARTFORD is liable *in solido* with C. HAWKINS, and other defendants sued herein.

10.

On information and belief, at the time of the accident sued on, C. HAWKINS was acting within the course and scope of his employment with UNITED.

11.

DOTD had custody of the roadway, the shoulders, the medians, and the access roads at the location of the accident.

12.

The portion of Interstate 10 where the accident occurred was accessible to pedestrians and was a known pedestrian crossing.

13.

DOTD knew or should have known that the roadway was easily accessible to pedestrians, but it failed to take corrective measures within a reasonable time.

14.

A proximate cause of the injuries to Plaintiff was the negligence of Defendant, DOTD, which negligence is particularized in the following non-exclusive respects:

a. Failure to act in a careful and prudent manner, so as not to endanger the life, limb, or property of any person;

b. Failure to warn pedestrians of the dangerous condition;

c. Failure to prevent pedestrian access in the area;

d. Failure to warn drivers of pedestrians in the area;

e. Failure to prevent pedestrian foot traffic in the area;

f. Failure to control access to an interstate highway;

g. Failure to follow guidelines and regulations for maintenance of interstate highways;

h. Failure to take adequate safety measures in light of the circumstances;

i.  Failure, generally, to maintain the requisite standard of care in the above described situation.

15.

R. GUILLORY came upon the scene of the crash soon thereafter and witnessed Decedent's lifeless body in the roadway.

16.

R. GUILLORY is Decedent's mother.

17.

Decedent had no spouse or children.

18.

R. GUILLORY suffered severe, debilitating, and foreseeable mental anguish and emotional distress as a result of the injuries suffered by Decedent.

**WHEREFORE PETITIONER PRAYS:**

I.  **THAT** the defendants be cited and served and required to answer in accordance with law; and

II.  **THAT** after due proceedings are had that there be a judgment in favor of **ROKESHIA GUILLORY** and against the defendants, in solido, holding them liable for the injuries and damages described herein awarding all damages appropriate in the premises, including but not limited to, general damages, special damages, costs, interest, and all other relief appropriate in the premises.

Respectfully submitted,
**O'DOWD LAW FIRM**

**TIMOTHY O'DOWD (#19084)**
**JARED W. SHUMAKER (#37872)**
**Attorneys at Law**
924 Hodges St.
Lake Charles, LA 70601
(337)310-2304 - Telephone
(337)497-1999 - Facsimile
tim@odowdlaw.com
jared@odowdlaw.com

JAN 2 3 2019

**SERVICE INSTRUCTIONS:**

**COURTNEY HAWKINS**
*Via Long Arm Service*
7315 Surina Dr.
Arlington, Tennessee, 38002

**EZ WORLDWIDE SERVICES, INC.**
*Via Long Arm Service*
Chunman Sing
5940 Oak Ave.
Temple City, CA 91780
*And*
EZ Worldwide Services, Inc.
5940 Oak Ave.
Temple City, CA 91780

**UNITED BUSINESS FREIGHT FORWARDERS, LLC**
*Via Long Arm Service*
Registered Agents, Inc.
560 Haight St. #104
San Francisco, CA 94117
*And*
United Business Freight Forwarders, LLC
669 Division St.
Elizabeth, NJ 07201

**HARTFORD FIRE INSURANCE COMPANY**
*Through its agent for service of process*
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA  70809

**LOUISIANA DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT**
*Through its agent for service of process*
Jeff Landry, Attorney General
1885 North Third St.
Baton Rouge, LA 70802
*And*
Dr. Shawn Wilson, Secretary of Department of Transportation and Development
1201 Capitol Access Rd.
Baton Rouge, LA 70802

ROKESHIA GUILLORY                                    *        14TH JUDICIAL DISTRICT COURT

VS. NO. *2019-0160E*                                 *        PARISH OF CALCASIEU

COURTNEY HAWKINS, EZ WORLDWIDE          *
EXPRESS, UNITED BUSINESS FREIGHT
FORWARDERS, LLC and                                 *        STATE OF LOUISIANA
HARTFORD FIRE INSURANCE COMPANY
                                                    *

FILED:    JAN· 1 0 2019                             *        DY CLERK: *Annette Borel*

PARISH OF CALCASIEU                                 *

STATE OF LOUISIANA                                  *        **VERIFICATION**
                                                    *

BEFORE ME, the undersigned Notary Public, personally came and appeared

ROKESHIA GUILLORY

who, after being duly sworn, did depose and state:

THAT she is the petitioner in the attached Petition for Damages and Request for Trial by Jury;

THAT she has read the Petition and all of the facts and information is correct·to the best of her knowledge and belief.

ROKESHIA GUILLORY

SWORN TO AND SUBSCRIBED BEFORE ME, Notary Public, on this · 7ᵗʰ day of

January , 2019, at Lake Charles, Louisiana.

JARED W. SHUMAKER, Notary Public
BAR ROLL NO. 37872