UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ROKESHIA GUILLORY** | : | **CIVIL ACTION NO. 19-332** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **COURTNEY HAWKINS** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 28] of the Magistrate Judge previously filed herein and after an independent review of the record, a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the Motion for Remand [doc. 12] filed by plaintiff Rokeshia Guillory be **DENIED** and that all claims against the Louisiana Department of Transportation and Development be **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers this 29th day of October, 2019.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE